## BREACH SUMMARY

| Week | Offered | Obligation Non CWT | Obligation CWT | Purchased Non CWT | Purchased CWT | Shortfall Non CWT (Tons) | Shortfall CWT (Tons) | Total Shortfall (Tons) |
|---|---|---|---|---|---|---|---|---|
| 6/1/2015 | 600 | 342 | 258 | 0 | 0 | 342 | 258 | 600 |
| 6/8/2015 | 600 | 342 | 258 | 0 | 0 | 342 | 258 | 600 |
| 6/15/2015 | 600 | 342 | 258 | 414 | 173 | - | 85 | 13 |
| 6/22/2015 | 600 | 342 | 258 | 0 | 173 | 342 | 85 | 427 |
| 6/29/2015 | 600 | 342 | 258 | 0 | 86 | 342 | 172 | 514 |
| 7/6/2015 | 600 | 342 | 258 | 0 | 172 | 342 | 86 | 428 |
| 7/13/2015 | 600 | 342 | 258 | 0 | 172 | 342 | 86 | 428 |
| 7/20/2015 | 600 | 342 | 258 | 0 | 86 | 342 | 172 | 514 |
| 7/27/2015 | 600 | 342 | 258 | 0 | 188 | 342 | 70 | 412 |
| 8/3/2015 | 600 | 342 | 258 | 0 | 172 | 342 | 86 | 428 |
| 8/10/2015 | 600 | 342 | 258 | 0 | 187 | 342 | 71 | 413 |
| 8/17/2015 | 600 | 342 | 258 | 0 | 0 | 342 | 258 | 600 |
| 8/24/2015 | 600 | 342 | 258 | 207 | 172 | 135 | 86 | 221 |
| 8/31/2015 | 600 | 342 | 258 | 207 | 259 | 135 | - | 134 |
| 9/7/2015 | 600 | 342 | 258 | 310 | 259 | 32 | - | 31 |
| 9/14/2015 | 600 | 342 | 258 | - | 0 | 342 | 258 | 600 |
| 9/21/2015* | 258 | - | 258 | - | 259 | - | - | - |
| 9/28/2015* | 258 | - | 258 | - | 259 | - | - | - |
| 10/5/2015* | 258 | - | 258 | - | 0 | - | 258 | 258 |
| 10/12/2015* | 258 | - | 258 | - | 259 | - | - | - |
| 10/19/2015* | 258 | - | 258 | - | 0 | - | 258 | 258 |
| 10/26/2015* | 258 | - | 258 | - | 431 | - | - | - |
| 11/2/2015* | 258 | - | 258 | - | 173 | - | 85 | 85 |
| 11/9/2015 | 600 | 342 | 258 | 207 | 259 | 135 | - | 134 |
| 11/16/2015 | 600 | 342 | 258 | 207 | 172 | 135 | 86 | 221 |
| 11/23/2015 | 600 | 342 | 258 | 0 | 0 | 342 | 258 | 600 |
| 11/30/2015 | 600 | 342 | 258 | 0 | 432 | 342 | - | 168 |
| 12/7/2015 | 600 | 342 | 258 | 0 | 173 | 342 | 85 | 427 |
| 12/14/2015 | 600 | 342 | 258 | 0 | 0 | 342 | 258 | 600 |
| 12/21/2015 | 600 | 342 | 258 | 0 | 173 | 342 | 85 | 427 |
| 12/28/2015 | 600 | 342 | 258 | 0 | 433 | 342 | - | 167 |
| 1/4/2016 | 600 | 342 | 258 | 0 | 173 | 342 | 85 | 427 |
| 1/11/2016 | 600 | 342 | 258 | 0 | 173 | 342 | 85 | 427 |
| 1/18/2016 | 600 | 342 | 258 | 0 | 173 | 342 | 85 | 427 |
| 1/25/2016 | 600 | 342 | 258 | 0 | 260 | 342 | - | 340 |
| 2/1/2016 | 600 | 342 | 258 | 0 | 173 | 342 | 85 | 427 |
| 2/8/2016 | 600 | 342 | 258 | 0 | 259 | 342 | - | 341 |
| 2/15/2016 | 600 | 342 | 258 | 0 | 0 | 342 | 258 | 600 |
| 2/22/2016 | 600 | 342 | 258 | 0 | 172 | 342 | 86 | 428 |
| 2/29/2016 | 600 | 342 | 258 | 0 | 259 | 342 | - | 341 |
| 3/7/2016 | 600 | 342 | 258 | 0 | 172 | 342 | 86 | 428 |
| 3/14/2016 | 600 | 342 | 258 | 0 | 172 | 342 | 86 | 428 |
| 3/21/2016 | 600 | 342 | 258 | 0 | 173 | 342 | 85 | 427 |
| 3/28/2016 | 600 | 342 | 258 | 0 | 0 | 342 | 258 | 600 |
| 4/4/2016 | 600 | 342 | 258 | 0 | 173 | 342 | 85 | 427 |
| 4/11/2016 | 600 | 342 | 258 | 0 | 86 | 342 | 172 | 514 |
| 4/18/2016 | 600 | 342 | 258 | 0 | 172 | 342 | 86 | 428 |
| 4/25/2016 | 600 | 342 | 258 | 0 | 173 | 342 | 85 | 427 |
| 5/2/2016 | 600 | 342 | 258 | 0 | 87 | 342 | 171 | 513 |
| 5/9/2016 | 600 | 342 | 258 | 0 | 173 | 342 | 85 | 427 |
| 5/16/2016 | 600 | 342 | 258 | 0 | 0 | 342 | 258 | 600 |
| 5/23/2016 | 600 | 342 | 258 | 0 | 86 | 342 | 172 | 514 |
| 5/30/2016 | 600 | 600 | | 0 | | 600 | | 600 |
| 6/6/2016 | 600 | 600 | | 0 | | 600 | | 600 |
| 6/13/2016 | 600 | 600 | | 0 | | 600 | | 600 |
| 6/20/2016 | 600 | 600 | | 0 | | 600 | | 600 |
| 6/27/2016** | 570 | 570 | | 0 | | 570 | | 570 |
| 7/4/2016** | 469 | 469 | | 0 | | 469 | | 469 |
| 7/11/2016 | 600 | 600 | | 0 | | 600 | | 600 |
| **Total through 7/6/16 declaration of breach** | **32,245** | **18,829** | **13,416** | **1,552** | **8,231** | **Non CWT Default Tons:** **17,349** | **CWT Default Tons:** **5,717** | **Total Default Tons:** **22,638** |
| **Tonnage Shortfall as % (through 7/6/16 declaration of breach)** | | | | | | **Non CWT Default %:** **92.1%** | **CWT Default %:** **42.6%** | **Total Default %:** **70.2%** |

*From September 15, 2015 to November 3, 2015, due to required maintenance on the boiler element of the HCl plant, USM was not able to deliver to Non-CWT customers.

**PVS did not sell 600 tons of hydrochloric acid. For these weeks the unsold non-CWT tons were lowered to the amount PVS sold in that week.

*** Based on $826,353 of revenue generated by US Magnesium from sales to PVS. See Schedule 5.



PLAINTIFF'S TRIAL EXHIBIT 226