# EXHIBIT C

| From: | Cameron Tissington | Sent: Tue 8/4/2015 11:25 AM |
|---|---|---|
| To: | Wawrzyniak ,Michael G.; Brian Alford | |
| Cc: | Stein, Jeff | |
| Subject: | RE: New Customer / Rate Request | |

**This message has been archived. View the original item**

Michael & Brian,

Jeff and I have changed the protocol for new business (out with the Scott in with the new) going forward. It should make life a little simpler.

1.    USMag will inform PVS that we have product to sell.

2.    PVS will inform USMag of the location and the price needed.

3.    USMag will look at the price and freight rate and agree with the price or pass on the business.

At the present time and the foreseeable future (next six months) USMag has 600 tons per week of product available to sell to PVS. We are working under the assumption that 3 cars each week (86 tons/each) will move to PVS-CWT leaving 3 cars for other ship to locations such as Sweetwater Texas.

Regards,
Cam Tissington
US Magnesium LLC

---

EXHIBIT
**065**

Exhibit 8
Wit: Stein
Date: 6-20-18

H.F. Benhart. CSR-2614

PVS 000509